IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

STEPHON MARSH,                          :
                                        :
            Petitioner                  :
                                        :
      v.                                :    CIVIL NO. 4:CV-13-1887
                                        :
SCI-CHESTER,                            :    (Judge Brann)
                                        :
            Respondent                  :

## ORDER

April 14, 2015

In accordance with the accompanying Memorandum, **IT IS HEREBY**

**ORDERED THAT**:

    1.    Marsh's habeas corpus petition is **DISMISSED.**

    2.    The Clerk of Court is directed to **CLOSE** this case.

    3.    Based on the Court's conclusion herein, there is no basis

for the issuance of a certificate of appealability.

BY THE COURT:

  s/ Matthew W. Brann
Matthew W. Brann
United States District Judge

1